**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000828
01-FEB-2021
07:51 AM
Dkt. 54 OAWST**

NO. CAAP-19-0000828

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
WAYNE DEXTER BUCAO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-18-04163)

ORDER
(By: Ginoza, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal filed January 25, 2021, by Defendant-Appellant Wayne Dexter Bucao (**Bucao**), the papers in support, and the record, it appears that the parties stipulate to dismiss this docketed appeal, under Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 42(b), and attached to the Stipulation for Dismissal of Appeal is Bucao's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 1, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth

Associate Judge